IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:96-CR-62-BO-10

| | | |
|---|---|---|
| RANDY REGINALD BRISCOE, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's pro se motion to terminate his supervised release. Neither the government nor the United States Probation office oppose the early termination of petitioner's supervised release.

Petitioner currently resides in Georgia[1] and has completed approximately three years of five years of supervised release. Petitioner has been self-employed, has maintained a stable home with no alcohol or drug use, and has been a stable member of the community with no violations of the terms of his supervised release. Petitioner's probation officer is unable to identify any cause for concern relating to early termination of supervised release. Accordingly, having considered the factors set forth in 18 U.S.C. § 3564(c), and without opposition from the government or the United States Probation Office, the Court GRANTS petitioner's request for early termination [DE 454].

SO ORDERED, this __16__ day of March, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's supervised release is being monitored by the U.S. Probation Office in Georgia.